UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:17-CV-107 |
| | § | |
| GEORGE PUENTE, Jr. | § | |

## ORDER

On September 18, 2018, the United States Magistrate Judge issued a Report and Recommendation (Doc. 21) on the United States' Motion for Default Judgment (Doc. 12). The Defendant, George Puente Jr. has not filed any objections.

Where no party objects to the Magistrate Judge's Memorandum and Recommendation, the Court need only determine whether the Recommendation is clearly erroneous or contrary to law. *Quinn v. Guerrero*, 863 F.3d 353, 358 (5th Cir. 2017).

The Court has carefully reviewed the filings, the Magistrate Judge's Report and Recommendation, and the applicable law and finds the Report and Recommendation is not erroneous nor contrary to law. Accordingly, the Court **ADOPTS** the Report and Recommendation, and Plaintiff's Motion for Default Judgment (Doc. 12) is **GRANTED**.

It is **ORDERED** that default judgment is entered against George Puente Jr.:

CDCS: 2017A51290:

1. Principal                                $2,075.10

2. Interest (as of January 18, 2017)        $66.40

With prejudgment interest of 2.375% per annum ($0.13/day) from 1/18/2017 to date 10/3/2018

3. Attorney's Fees                          $550.00

4. Service Fee                              $95.00

Total                                       $2,786.50

With post-judgment interest entered pursuant to 28 U.S.C. § 1961 and 40 U.S.C. § 3116.

SIGNED this 9th day of October, 2018.

_____
Fernando Rodriguez, Jr.
United States District Judge